Fang v Town of Amherst (2025 NY Slip Op 05437)





Fang v Town of Amherst


2025 NY Slip Op 05437


Decided on October 3, 2025


Appellate Division, Fourth Department



Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.


This opinion is uncorrected and subject to revision before publication in the Official Reports.



Decided on October 3, 2025

PRESENT: WHALEN, P.J., BANNISTER, OGDEN, NOWAK, AND KEANE, JJ. (Filed Oct. 3, 2025.) 


MOTION NO. (157/25) CA 24-01288.

[*1]LEE FANG, PLAINTIFF-APPELLANT, 
vTOWN OF AMHERST, DEFENDANT-RESPONDENT.



MEMORANDUM AND ORDER
Motion for reargument or leave to appeal to the Court of Appeals denied.









